# IN THE UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF ARKANSAS
## CENTRAL DIVISION

**BRIAN JUDAH MICHALEK**                                                                    **PLAINTIFF**

v.                                **4:20-CV-000103-BRW**

**ARKANSAS STATE HOSPITAL,** *ET AL.*                                        **DEFENDANTS**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Because Plaintiff's Complaint states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 30th day of January, 2020.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).